**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-8052**

WILLIAM LEE RICHARDSON, JR.,

Plaintiff - Appellant,

and

U.S. SENATE MAJORITY LEADER; STATE OF WEST
VIRGINIA,

Plaintiffs,

versus

UNITED STATES DISTRICT COURT; W. CRAIG
BROADWATER,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge. (CA-01-609-2)

Submitted: February 21, 2002          Decided: March 6, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lee Richardson, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   William Lee Richardson, Jr., appeals the district court's order dismissing his civil complaint as frivolous. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Richardson v. United States Dist. Court, No. CA-01-609-2 (S.D.W. Va. Nov. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED